UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JOHN THISTLE,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>JOSEPH ROBINETTE BIDEN, JR., President of the United States, and MERRICK BRIAN GARLAND, United States Attorney General,<br><br>　　　　　　　　　　　Defendants. | Case No.: 22-cv-65-RSH-NLS<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR OFFICIAL COURT DATE AND DISQUALIFICATION OF JUDGE** |

　　　　On July 5, 2022, Plaintiff, who is proceeding *pro se*, filed a Motion For Official Court Date And Time And Disqualification Of Judge ("Motion"). ECF No. 9. Plaintiff seeks a videoconference and requests Defendants' attendance. *Id*. at 1. Plaintiff, however, has not at this time properly served Defendants, and there is no basis to hold a conference at this time. Plaintiff also seeks the disqualification of the undersigned, pursuant to 28 U.S.C. § 455(a), but the Motion provides no factual basis to justify disqualification. Plaintiff's Motion is therefore **DENIED**. **IT IS SO ORDERED**.

Dated:　July 25, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　　_Robert S. Huie_
　　　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Robert S. Huie
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge