UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JOHN THISTLE,<br><br>                       Plaintiff,<br><br>v.<br><br>JOSEPH ROBINETTE BIDEN, JR., President of the United States, and MERRICK BRIAN GARLAND, United States Attorney General,<br><br>                      Defendants. | Case No.: 22-CV-65-RSH-NLS<br><br>**ORDER EXTENDING DEADLINE FOR PLAINTIFF TO EFFECTUATE SERVICE** |

      Plaintiff filed the Complaint on January 18, 2022, ECF No. 1, but he has failed to properly serve Defendants. To serve United States officers or employees in their official capacity, Plaintiff "must serve the United States and also send a copy of the summons and of the complaint by registered or certified mail to the agency, corporation, officer, or employee." Fed. R. Civ. P. 4(i)(2); *see also id*. 4(i)(1) (describing method of serving United States). On March 10, 2022, Plaintiff mailed copies of the summons and Complaint to the U.S. Attorney's Office—not the Attorney General's office—in Washington, DC, ECF No. 6 at 3, and President Biden at the White House, ECF No. 7 at 3, via first-class mail. Plaintiff has failed to serve the United States in the manner prescribed by Federal Rule of Civil Procedure 4(i)(1). Additionally, with respect to

1

Defendant Merrick Brian Garland, Plaintiff delivered the Complaint and summons to the incorrect office. Plaintiff has therefore failed to properly serve Defendants within 90 days of the filing of the Complaint, in violation of Federal Rule of Civil Procedure 4(m). If a complaint is not served within 90 days, the Court may "order that service be made within a specified time," and if there is "good cause for the failure, the court must extend the time for service for an appropriate period." Fed. R. Civ. P. 4(m). Here, Plaintiff at least attempted to properly serve Defendants. Additionally, *pro se* litigants are entitled to leniency with respect to technical procedural matters. *See Draper v. Coombs*, 792 F.2d 915, 924 (9th Cir. 1986) ("[P]laintiff represented himself and therefore, in evaluating his compliance with the technical rules of civil procedure, we treat him with great leniency."). The Court thereby **ORDERS** that Plaintiff shall have an additional sixty (60) days after the date of this Order to properly effectuate service of the summons and Complaint. If Plaintiff fails to properly serve the Complaint by that time, the Court may dismiss this action for failure to prosecute.

**IT IS SO ORDERED**.

Dated:  August 1, 2022

_____
Hon. Robert S. Huie
United States District Judge